# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **ADELSO BOSVELY VAIL LOPEZ,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **TODD M. LYONS, IN HIS OFFICIAL** | § | |
| **CAPACITY AS ACTING DIRECTOR,** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT, U.S. DEPARTMENT** | § | |
| **OF HOMELAND SECURITY; JOEL** | § | No.  3:26-CV-00466-LS |
| **GARCIA, IN HIS OFFICIAL** | § | |
| **CAPACITY AS FIELD OFFICE** | § | |
| **DIRECTOR OF THE ICE EL PASO** | § | |
| **FIELD OFFICE OF ENFORCEMENT** | § | |
| **AND REMOVAL OPERATIONS, U.S.** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; U.S.** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; KRISTI NOEM, IN HER** | § | |
| **OFFICIAL CAPACITY AS** | § | |
| **SECRETARY, U.S. DEPARTMENT OF** | § | |
| **HOMELAND SECURITY; AND** | § | |
| **PAMELA JO BONDI, IN HER** | § | |
| **OFFICIAL CAPACITY AS** | § | |
| **ATTORNEY GENERAL OF THE** | § | |
| **UNITED STATES,** | § | |
| | § | |
| *Respondents*. | § | |

## FINAL JUDGMENT

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 1, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**